# Order

Michigan Supreme Court
Lansing, Michigan

September 9, 2010

141512 & (16)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

EUGENE A. ACEY, ELEANORE ACEY,
FREDERICK W. DROUILLARD, SHIRLEY
A. DROUILLARD, JOHN EGLITIS, LAURA
L. EGLITIS, DEL S. FISHMAN, KATHY
FISHMAN, ROBERT J. HOFFMAN,
DOUGLAS A. HYMAN, MARGO KING
HYMAN, TROY A. KNIGHT, FAWN Y.
KNIGHT, RICHARD M. VAUGHN, and
BRENDA S. VAUGHN,
          Plaintiffs-Appellants,

v

CONSUMERS ENERGY COMPANY,
          Defendant-Appellee.

SC: 141512
COA: 298525
Oakland CC: 2010-109587-CH

_____/

On order of the Court, the motion for immediate consideration is GRANTED.
The application for leave to appeal the July 28, 2010 order of the Court of Appeals is
considered, and it is DENIED, because we are not persuaded that the question presented
should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

0830